FILED

AUG 25  5 08 PM '89

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

UNITED STATES OF AMERICA

v.

LANCE CYRUS
  a/k/a Joel Arjoon
  a/k/a Leon Argon

Case No. 89-127-Cr-J-12

Cts. 1 & 2: 18 U.S.C. §1546
        (5 yrs/$250,000/both)

INDICTMENT

The Grand Jury charges:

COUNT ONE

On or about November 6, 1986, at the American Embassy, Georgetown, Guyana, the defendant,

        LANCE CYRUS,
        a/k/a Joel Arjoon,
        a/k/a Leon Argon,

knowingly and willfully made under oath, before a Consular Officer of the United States of America, a false statement with respect to a material fact in an "Application for Immigrant VISA and Alien Registration," an application required by the immigration laws and regulations proscribed thereunder, in that the defendant, LANCE CYRUS, a native of Guyana, stated and represented that he had never been arrested; whereas in truth and in fact, as said defendant then and there well knew, he had previously been arrested as follows:

1

1. On October 25, 1984, in Miami, Florida the defendant, using the name LANCE CYRUS, was arrested and charged with the crimes of Possession of approximately 50 pounds of Marijuana, Possession With Intent to Distribute approximately 50 pounds of Marijuana, and Conspiracy.

2. On April 16, 1986, in Miami, Florida, the defendant, using an alias of JOEL ARJOON, was arrested and charged with the crimes of Sale and Possession of Marijuana.

3. On June 26, 1986, in Miami, Florida the defendant, using the alias of LEON ARGON, was arrested and charged with the crimes of Possession of Marijuana and Resisting an Officer Without Violence.

Said defendant is residing within the County of Duval, State of Florida, within the Middle District of Florida.

In violation of Title 18, United States Code, Section 1546.

## COUNT TWO

On or about November 12, 1986, at the American Embassy, Georgetown, Guyana, the defendant,

> LANCE CYRUS,
> a/k/a Joel Arjoon,
> a/k/a Leon Argon,

knowingly and willfully obtained, accepted, and received an immigration visa, required for entry into the United States, knowing the same to have been procured by means of false

statements, that is, that LANCE CYRUS, a/k/a Joel Arjoon, a/k/a Leon Argon had never been arrested; said statements were false, as LANCE CYRUS, a/k/a Joel Arjoon, a/k/a Leon Argon then well knew, that he had been previously arrested as follows:

    1. On October 25, 1984, in Miami, Florida the defendant, using the name LANCE CYRUS, was arrested and charged with the crimes of Possession of approximately 50 pounds of Marijuana, Possession With Intent to Distribute approximately 50 pounds of Marijuana, and Conspiracy.

    2. On April 16, 1986, in Miami, Florida, the defendant, using an alias of JOEL ARJOON, was arrested and charged with the crimes of Sale and Possession of Marijuana.

    3. On June 26, 1986, in Miami, Florida the defendant, using the alias of LEON ARGON, was arrested and charged with the crimes of Possession of Marijuana and Resisting an Officer Without Violence.

    Said defendant is residing within the County of Duval, State of Florida, within the Middle District of Florida.

    In violation of Title 18, United States Code, Section 1546.

A TRUE BILL

*Jamie A Perdue*
FOREMAN

ROBERT W. GENZMAN
United States Attorney

*Stephen M Kunz*
STEPHEN M. KUNZ
Assistant United States Attorney

*Curtis Fallgatter*
CURTIS FALLGATTER, Managing
Assistant United States Attorney

FORM DBD-34
JUN. 85

No. _____

# UNITED STATES DISTRICT COURT

MIDDLE District of FLORIDA

JACKSONVILLE Division

## THE UNITED STATES OF AMERICA

vs.

LANCE CYRUS
a/k/a Joel Arjoon, a/k/a Leon Argon

18 U.S.C. 1546

## INDICTMENT

A true bill.

_James A. Purdue_
Foreman

Filed in open court this 25th day,

of August A.D. 19 89

_Valerie E. Hankerio_
Deputy Clerk

Bail, $ _____